```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  KATE L. SCARBOROUGH
    Chief Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2739

 6

 7              THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9  UNITED STATES OF AMERICA,   )   MAG. NO. 06-309 DAD
                                )
10           Plaintiff,         )   GOVERNMENT'S MOTION TO DISMISS
                                )   AND ORDER
11      v.                      )
                                )
12  BEN CHRISTOPHER CASTANON,   )
                                )   TRIAL: December 20, 2006
13           Defendant.         )   TIME:  9:00 a.m.
    _____)   JUDGE: Hon. Dale A. Drozd
14
```

15      Pursuant to Rule 48(a) of the Federal Rules of Criminal

16 Procedure, plaintiff United States of America, by and through its

17 undersigned attorney, hereby moves this Honorable Court for an

18 Order dismissing with prejudice MAG. NO. S-06-309 DAD.

19 DATED: December 17, 2006          MCGREGOR W. SCOTT
                                      United States Attorney
20

21                                   By: /s/ Matthew C. Stegman
                                         MATTHEW C. STEGMAN
22                                       Assistant U.S. Attorney

23 IT IS SO ORDERED:

24 DATED: December 18, 2006.

25

26                               _____
                                 DALE A. DROZD
27                               UNITED STATES MAGISTRATE JUDGE

28 DDad1/orders.criminal/castanon0309.ord